```
            IN THE UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF ARKANSAS
                    JONESBORO DIVISION
```

GEORGE A. JOHNSON                                            PLAINTIFF

V.                    CASE NO. 3:10CV00251 JTK

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                      DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 13th day of March, 2012.

_____
UNITED STATES MAGISTRATE JUDGE